SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
Eric L. Zagar
Trevan Borum
Badley A. Dirks
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GILES, Derivatively on Behalf of Nominal Defendant AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAROL A. BARTZ et al., <br><br> Defendants, <br><br> and, <br><br> AUTODESK, INC., <br><br> Nominal Defendant. | Case No. C-06-07185-PJH <br><br> [~~PROPOSED~~] ORDER RELATING CASES |

[PROPOSED] ORDER RELATING CASES
Case No. C-06-07185-PJH
49854

1  Having considered the Administrative Motion to Consider Whether Cases Should Be
2  Related Pursuant to L.R. 3-12(b) filed by Hugh Campion in the above-captioned case, and good
3  cause showing,
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  *Campion (on behalf of Autodesk, Inc.) v. Sutton et al.*, Case No. C06-007967 PJH is related
6  to *Giles (on behalf of Autodesk, Inc.) v. Bartz*, Case No. C06-007185 PJH.

Dated: 1/17/07



Hon. Phyllis J. Hamilton
U.S. District Judge

[PROPOSED] ORDER RELATING CASES
Case No. C-06-07185-PJH
49854

1