SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
Eric L. Zagar
Trevan Borum
Bradley A. Dirks
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH CAMPION, Derivatively on Behalf of Nominal Defendant AUTODESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL E. SUTTON, GODFREY R. SULLIVAN, DOMINIC J. GALLELLO, ERIC B. HERR, CAROL A. BARTZ, JAN BECKER, MARCIA K. STERLING, JOSEPH H. ASTROTH, JOHN G. SANDERS, PAUL LYPACZEWSKI, CARL BASS, ALFRED J. CASTINO, GEORGE M. BADO, ANDREW D. MILLER, CRAWFORD W. BEVERIDGE, J. HALLAM DAWSON, MARK BERTELSEN, PER-KRISTIAN HALVORSEN, LARRY WANGBERG, MARY ALICE TAYLOR, STEVE SCHEID and MICHAEL J. FISTER, <br><br> Defendants, <br><br> and, <br><br> AUTODESK, INC., <br><br> Nominal Defendant. | Case No. C06-007967-PJH <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL** AND ORDER |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff dismisses his complaint. |
| 2 | Dated: January 31, 2007     SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff dismisses his complaint.

Dated: January 31, 2007     SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP

_____
Alan R. Plutzik

Alan R. Plutzik, Of Counsel
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
Eric L. Zagar, Esq.
Trevan Borum, Esq.
Bradley A. Dirks, Esq.
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

1/31/07



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA